RECEIVED
APR 03 2015
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK 31

03-■-15

From: Johnny Cannon 344713
AVC Hope B-1
1630 Prison Road
Cottonport, LA. 71327

To: Clerk of Court
United States District Court
Middle District of LA.
777 Florida St. Suite 139
Baton Rouge, LA.
70801-1712

RE: Civil Action
No: 15-0120-JJB-RLB
Johnny Cannon
vs.
Warden Nathan Cain.

I was notified with an order dated 03-24-15 recieved by me 03-27-15 of the $5.00 filing fee for the above Habeas, I have submitted my request to offender banking to please forward the filing fee to the clerks office, Thank you.

Johnny Cannon 344713

*Johnny Cannon* (signature)

Johnny Cannon 344713
AVC Hype B-1
1430 Prison Road
Cottonport, LA. 71325

SHREVEPORT LA 710
01 APR 2015 PM 2 L

Clerk of Court
United States District Court
Middle District of Louisiana
777 Florida St, Suite 139
Baton Rouge, LA.
70801-1712