UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHNNY CANNON

VERSUS

NATHAN CAIN, ET AL.

CIVIL ACTION

NO. 15-120-JJB-RLB

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated May 23, 2016 (doc. no. 12). The plaintiff filed an objection which merely restates his prior argument and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the petitioner's application for habeas corpus is DENIED, with prejudice, as untimely. Further, in the event that the petitioner seeks to pursue an appeal, a certificate of appealability is DENIED. Further, the pending "Motion for Show Cause Order" is DENIED as moot.

Baton Rouge, Louisiana, this 16th day of June, 2016.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA